| | |
|---|---|
| 1 | Joshua Briones (SBN 205293) |
| 2 | jbriones@mintz.com |
|   | Esteban Morales (SBN 273948) |
| 3 | emorales@mintz.com |
|   | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| 4 | Century Plaza Towers 2029 Century Park East Suite 3100 |
|   | Los Angeles, CA 90067 |
| 5 | Telephone:  310 586 3200 |
|   | Facsimile:   310 586 3202 |
| 6 | Attorneys for Defendant, |
| 7 | LEADPOINT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| CHRISTIE LEWIS, an individual; and LUISA MALOLO, an individual; | Case No.  2:21-cv-08239-DMG-JEM |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LEADPOINT, INC. dba FHA RATE GUIDE, and Does 1-5 | Complaint Filed  August 19, 2021 |
| Defendant. | Trial Date:          None |

- 1 -

CERTIFICATE OF SERVICE

# **CERTIFICATE OF SERVICE**

I, Shona Brockway, certify and declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3100, Los Angeles, California 90067.

On October 19, 2021, I caused true and correct copies of the following documents to be served:

- **NOTICE TO ADVERSE PARTIES AND STATE COURT OF REMOVAL TO FEDERAL COUNT**

- **DECLARATION OF ESTEBAN MORALES IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**

On October 20, 2021, I caused true and correct copies of the following documents to be served:

- **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

- **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

- **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

- **INITIAL STANDING ORDER**

The documents were served as follows:

| ☒ | **BY U.S. MAIL**: By causing the document(s) listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below: |
|---|---|
| | M. Jake Feaver<br>Robin A. Sheehan<br>SHEEHAN & FEAVER P.C.<br>5 Third Street, Ste. 722<br>San Francisco, CA 94103<br><br>*Attorneys for Plaintiffs* |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2021, at Los Angeles, California.

*/s/ Shona Brockway*
SHONA BROCKWAY

2
CERTIFICATE OF SERVICE